UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESSIE BYRD,

    Plaintiff,

vs                                     Case No: 09-11873
                                         Honorable Victoria A. Roberts

SOCIAL SECURITY COMMISSIONER,

    Defendant.
_____/

## ORDER

On September 28, 2010, this Court entered an Order and Judgment in favor of

Defendant.

On September 30, 2010, Plaintiff filed Supplemental Documentation to her

objections.

The Court has reviewed the paper filed and finds that it does not warrant

reconsideration of the Court's Order.

**IT IS ORDERED.**


                            s/Victoria A. Roberts_____
                            Victoria A. Roberts
                            United States District Judge

Dated:  October 5, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Essie Byrd by electronic means or U.S. Mail on October 5, 2010.

s/Linda Vertriest_____
Deputy Clerk